1  Mark Poe (SB #223714)
   mpoe@gawpoe.com
2  Randolph Gaw (SB #223718)
   rgaw@gawpoe.com
3  Victor Meng (SB #254102)
   vmeng@gawpoe.com
4  GAW | POE LLP
   4 Embarcadero Center, Suite 1400
5  San Francisco, CA 94111
   Telephone: (415) 766-7451
6  Facsimile: (415) 737-0642

7  *Attorneys for Plaintiff*
   *Silicon Genesis, Corp.*

   Michael J. Bettinger (SBN 122196)
   mbettinger@sidley.com
   SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
   San Francisco, CA 94104
   Telephone: +1 415 772 1224
   Facsimile: +1 415 772 7400

   Amir Freund (SBN 289406)
   amir.freund@sidley.com
   SIDLEY AUSTIN LLP
   1001 Page Mill Road, Building 1
   Palo Alto, CA 94304
   Telephone: +1 650 565 7000
   Facsimile: +1 650 565 7100

   *Attorneys for Defendant*
   *EV Group E. Thallner GmbH.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Silicon Genesis, Corp.,<br><br>    Plaintiff,<br><br>    vs.<br><br>EV Group E. Thallner GmbH.,<br><br>    Defendant. | Case No. 3:22-cv-04986-JSC<br><br>Hon. Jacqueline S. Corley<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:     May 19, 2023<br>Time:     9:00 a.m.<br>Courtroom: by Zoom |

Pursuant to the Court's April 20, 2023 Order (ECF No. 55), Plaintiff Silicon Genesis Corp. ("SiGen") and Defendant EV Group E. Thallner GmbH ("EVG") hereby submit this updated joint case management statement.

The parties filed a fulsome joint case management statement on February 23, 2023. ECF No. 37. Accordingly, they assume that the request in the April 20 minute order was merely for an update as to the posture of the case.

**SiGen's Report**:

    A. MEDIATION

The parties attended a several-hour mediation on April 6, 2023 with Mr. Patrick Robbins. Mr. Robbins has tenaciously followed up with both sides a number of times since that date, but no breakthroughs have been made.

    B. STATUS OF PLEADINGS AND MOTIONS

Following the Court's April 20 denial of EVG's motion to dismiss (ECF No. 54), EVG filed its Answer on May 4. ECF No. 58. EVG's Answer includes two counterclaims against SiGen for breach of contract, as to which SiGen will file a combined Motion to Dismiss and Anti-SLAPP Motion to Strike by no later than May 25. SiGen filed a demand for jury trial on May 8. ECF No. 59.

There are no other pending motions as of today's date, but SiGen expects that a joint discovery dispute letter regarding EVG's responses to SiGen's first set of document requests will be pending by the time of the upcoming CMC on May 19.

    C. DISCOVERY

Written discovery is ongoing. SiGen has served a second set of document requests and first set of interrogatories, and EVG served its responses on May 8. SiGen has requested to meet and confer regarding EVG's responses, but a date has not yet been agreed.

For its part, EVG has served its own second set of document requests, and first set of interrogatories. SiGen's responses are due on May 29.

    D. SCHEDULE

The Court has issued a Pretrial Order setting out the following schedule:

| Event | Date |
|---|---|
| Deadline for Court-Sponsored Mediation | April 11, 2023 |
| Deadline to Move to Amend Pleadings | May 1, 2023 |
| Fact Discovery Cutoff | August 31, 2023 |
| Expert Witness Disclosures | September 22, 2023 |
| Rebuttal Expert Witness Disclosures | October 20, 2023 |
| Expert Discovery Cutoff | November 17, 2023 |
| Deadline to file dispositive motions | January 11, 2024 |
| Dispositive Motions Oppositions | February 1, 2024 |
| Dispositive Motions Oppositions Replies | February 15, 2024 |
| Hearing on Dispositive Motions | March 7, 2024 at 10:00 a.m. |
| Pretrial conference | June 21, 2024 at 2:00 p.m. |
| Trial | June 28, 2024 at 8:30 a.m. |

**EVG's Report**:

**A. Mediation and Settlement Discussions**. On April 6, 2023, EVG's principals, Mr. Hermann Waltl and Mr. Paul Lindner, attended the mediation meeting on behalf of EVG and met with the mediator, Mr. Patrick D. Robbins, by video conference. EVG's counsel attended the mediation meeting in person in San Francisco. The mediation meeting lasted approximately 4 hours and involved a productive discussion and dialogue, as supported by the certification filed by Mr. Robbins. Dkt. 51. The parties are continuing discussions with Mr. Robbins, in an attempt to reach a resolution.

**B. Discovery**. To date, EVG has produced 3,946 documents, containing 11,305 pages, and SiGen has produced 899 documents, containing 5,943 pages. The documents confirm that there is no credible evidence in support of SiGen's position that a "sale" occurs upon the signing of a Purchase Order.[1] In contrast, there is substantial evidence in support of EVG's position that a "sale" occurs once title to the product transfers to the customer and EVG has been paid in full.[2]

---

[1] *E.g.*, SIGEN 002478, 002691, 003808.

[2] *E.g.*, SIGEN 000035, 000136, 000182, 000205, 000333, 000646.

Included within the 11,305 pages of documents that EVG has produced to SiGen, and shared with mediator Robbins, is information identifying the Purchase Order date, shipment date and final payment date for each transaction in question. Also included with the production is EVG's standard 114 page customer contract, which includes a Scope of Delivery, Agreement of Sale, Source Inspection Protocol and Acceptance Test Protocol.

A troubling issue has arisen in documents recently produced by SiGen. In correspondence with accounting firm KPMG in 2019, and in an internal SiGen Power Point presentation from 2017, SiGen is actively attempting to end-run the customer Non-Disclosure Agreements (NDAs) that EVG has with its customers. In both documents, SiGen's founder and CEO, Ted Fong, is seeking the names of EVG customers despite knowing that it would cause EVG to violate the NDAs with those customers. Fong, knowing that he is not permitted under the License Agreement to obtain that information from EVG, requested that KPMG do his bidding for him.[3] This is not a new strategy by SiGen. It turns out that years earlier, Mr. Fong actually suggested filing a lawsuit in order to obtain EVG's customer names so that SiGen could approach EVG's customers to attempt to sell SiGen's products.[4] This newly-uncovered evidence is concerning because SiGen appears to be using the same tactic in this case, seeking broad discovery and customer names, while refusing to agree to an Attorneys' Eyes' Only protective order that would allow additional documents to be produced for review by counsel, but not Mr. Fong. It is EVG's strong position that this Court should not be used for that type of gamesmanship.

**C. SiGen's Unfounded, Newly Added Claim.** In response to SiGen's newly added unfounded claim for royalties supposedly due on other products, EVG is preparing a declaration of its Executive Technology Director to explain why there is no basis to this allegation.

**D. EVG's Answer and Counterclaims.** EVG filed its Answer to SiGen's Second Amended Complaint on May 4, 2023. EVG included counterclaims against SiGen for breach of the Patent License Agreement and the 2020 Settlement and Release Agreement.

---

[3] SIGEN 000027, 004314, 004479.
[4] SIGEN 005888.

| | |
|---|---|
| Date: May 12, 2023 | Respectfully Submitted, |
| */s/ Mark Poe* | */s/ Michael Bettinger* |
| Mark Poe (SB #223714)<br>mpoe@gawpoe.com<br>Randolph Gaw (SB #223718)<br>rgaw@gawpoe.com<br>Victor Meng (SB #254102)<br>vmeng@gawpoe.com<br>GAW | POE LLP<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 766-7451<br>Facsimile: (415) 737-0642<br><br>*Attorneys for Plaintiff*<br>*Silicon Genesis, Corp.* | Michael J. Bettinger (SBN 122196)<br>mbettinger@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 1224<br>Facsimile: +1 415 772 7400<br><br>Amir Freund (SBN 289406)<br>amir.freund@sidley.com<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA 94304<br>Telephone: +1 650 565 7000<br>Facsimile: +1 650 565 7100<br><br>*Attorneys for Defendant*<br>*EV Group E. Thallner GmbH.* |

- 4 -

JOINT CASE MANAGEMENT STATEMENT
NO. 3:22-CV-04986-JSC

**ATTESTATION OF SIGNATURE**

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatories as required by Civil Local Rule 5-1(i)(3).

Dated: May 12, 2023

/s/ *Mark Poe*
Mark Poe