UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON GENESIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EV GROUP E.THALLNER GMBH,<br><br>Defendant. | Case No. 22-cv-04986-JSC<br><br>**ORDER RE: DISCOVERY DISPUTE JOINT LETTER**<br><br>Re: Dkt. No. 80 |

Upon review of the parties' discovery dispute joint letter (Dkt. No. 80), the Court concludes oral argument is not necessary. *See* N.D. Cal. Civ. L.R. 7-1(b).

1. **RFP No. 7 / Interrogatory No. 5 (Progress Payments).** Defendant represents that it has agreed to produce/identify the requested information. Defendant shall do so, including amending its response to Interrogatory No. 5, by June 30, 2023.

2. **RFP Nos. 17 and 19 (Purchase Orders and Invoices for the Systems).** Defendant represents it will produce the requested invoices along with other documents which it contends show the relevant price for royalty purposes. Defendant shall do so by June 30, 2023. Plaintiff has not explained how purchase orders are relevant to a claim or defense in this matter and thus the Court does not order Defendant to produce them.

3. **RFP No. 13 (Communications Relating to EVG or the License Agreement).** On or before June 30, 2023, Defendant shall advise Plaintiff of the custodians and email accounts it searched for internal emails regarding "Sigen." Defendant shall also verify that it has produced all responsive emails from those custodians. If Plaintiff believes there are other custodians whose emails should have been searched, then it shall explain why it believes those additional custodians would likely have relevant emails.

4. **Format of EVG's ESI Production.** If Plaintiff believes production of an expanded .dat file is proportional to the case's needs, then it should be willing to produce in the same format. That it is not so willing suggests the additional data is unnecessary. So, the Court will not order as Plaintiff requests.

This Order disposes of Docket No. 80.

**IT IS SO ORDERED.**

Dated: June 27, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge